IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **HILDAWN DESIGN LLC** ) | CASE NO.: 5:25-CV-01257-BYP |
| ) | |
| Plaintiff, ) | JUDGE: Benita Y. Pearson |
| ) | |
| v. ) | |
| ) | |
| **ROMAN CRAFTED CO.** ) | |
| ) | |
| Defendant. ) | |

# AFFIDAVIT OF SERVICE

County of ___Stark_____
State of __Ohio_____

Date: ___September 16___, 2025

**I. SERVER**. I, **Jacqueline Snyder** ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

**II. DOCUMENTS**. The documents served are described as: Complaint and Alias Summons.

**III. RECIPIENT**. The above-mentioned documents were delivered to:
   a.) Defendant/Respondent: Roman Crafted Company ("Recipient")
   b.) Address/Location: ___24031 Hay Needle Lane, Hockley, Texas 77447_____
   c.) Date: _September 15, 2025___ Time: 11:20 ☒ AM ☐ PM

**IV. DELIVERY**. The Recipient received the documents by: (check one)

      ☒ - **Mail.** The Server sent the documents in the mail by: (check all that apply)
         ☐ - Standard Mail
         ☐ - Electronic Mail (E-Mail)
         ☐ - Certified Mail (with return receipt)
         ☒ - FedEx **(See attached Exhibit)**
         ☐ - UPS
         ☐ - Other

      ☐ - **Direct Service**. The Server handed the documents to a person identified as the Recipient.

      ☐ - **Someone at the Residence**. The Server handed the documents to someone who identified as living at the residence and stated their name is: _____.

☐ - **Someone at the Workplace**. The Server handed the documents to someone who identified to be the Recipient's co-worker and stated their name is: _____.

☐ - **Leaving at the Residence**. The Server left the documents in the following area: _____.

☐ - **Recipient Rejected Delivery**. The Server delivered the documents to the Recipient in-person and did not accept delivery.

☐ - **Other**. _____.

**V. VERIFICATION**. I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

**Server's Signature**: */s/ Jacqueline Snyder*     Date: _9/16/2025_____
Print Name: Jacqueline Snyder