FedEx

September 16, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884302435295

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | K.Roman | **Delivery Location:** | |
| **Service type:** | FedEx 2Day AM | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | HOCKLEY, TX, |
| | | **Delivery date:** | Sep 15, 2025 11:20 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 884302435295 | **Ship Date:** | Sep 11, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

HOCKLEY, TX, US,

**Shipper:**

NORTH CANTON, OH, US,

**Reference**    1789-117

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx