UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HILDAWN DESIGN, LLC | § § § | CASE NO. 5:25-CV-01257-BYP |
| Plaintiff, | § § § | JUDGE: BENITA Y. PEARSON |
| v. | § § | MOTION FOR DEFAULT DEFAULT JUDGMENT |
| ROMAN CRAFTED CO. | § § § | |
| Defendant. | § | |

Plaintiff, Hildawn Design, LLC, ("Plaintiff"), by and through counsel, hereby move the Court pursuant to Rule 55 of the Federal Rules of Civil Procedure to enter judgment by default against Defendant, Roman Crafted Co. ("Defendant"). Defendant has failed to answer, plead or otherwise defend within the time limits required by Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request this Court to enter default judgment against Defendant, Roman Crafted Co. A proposed Judgment Entry is attached.

Respectfully submitted,

LAW OFFICES OF ROBERT E. SOLES, JR., CO., LPA


*/s/ Faith Dylewski*
Robert E. Soles Jr. (#0046707)
Kara Dodson (#0075527)
Faith R. Dylewski (#0074985)
6545 Market Avenue North
North Canton, Ohio 44721
(330) 244-8000
(330) 244-8002 fax
E-mail: bsoles@soleslaw.com
*Counsel for Plaintiff, Hildawn Design LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October, 20205, a copy of the foregoing was served by Regular Mail upon the following:

Roman Crafted Co.
24031 Hay Needle Lane
Hockley, TX 77447

                                      */s/ Faith Dylewski*
                                      *Counsel for Plaintiff, Hildawn Design LLC*