PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HILDAWN DESIGN, LLC, | ) | |
| | ) | CASE NO. 5:25CV1257 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ROMAN CRAFTED CO., | ) | |
| | ) | |
| Defendant. | ) | **ENTRY OF DEFAULT** |

    Plaintiff Hildawn Design, LLC seeks entry of default. *See* ECF No. 5. It appearing that Defendant Roman Crafted Co. is in default, having failed to plead or otherwise defend in this cause as required by law;

    Now, therefore, in accordance with Fed. R. Civ. P. 55(a);

    Default is hereby entered in favor of Plaintiff Hildawn Design, LLC against Defendant Roman Crafted Co. on the Complaint (ECF No. 1) this 29th day of October, 2025.

                                                Christian M. Capece, Clerk of Court

                                                By:

| October 29, 2025 | */s/ Judy L. Guyer* |
|---|---|
| Date | Deputy Clerk |

## CERTIFICATE OF SERVICE

    A copy of the foregoing Entry of Default was filed electronically this 29th day of October, 2025. Notice of this filing will be sent to Robert E. Soles Jr., Esq. and Faith R.

(5:25CV1257)

Dylewski, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Entry of Default has also been sent by regular mail this 29th day of October, 2025 to Roman Crafted Co., 24031 Hay Needle Lane, Hockley, TX 77447.

                                        Christian M. Capece, Clerk of Court

                                        By:

                                          */s/ Judy L. Guyer*
                                        Deputy Clerk